# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LONNIE EARL COVER,<br><br>　　　　　Defendants. | 2:12-cr-00277-APG-VCF<br><br>**ORDER** |

　　　On September 27, 2013, a Competency Hearing was held before The Honorable Cam Ferenbach, United States Magistrate Judge, in Courtroom 3D, to determine the competency of the Defendant Lonnie Earl Cover. Present at the hearing were AUSA Susan Cushman, Esq. representing Plaintiff United States of America, Brenda Weksler, Esq., representing Defendant Lonnie Earl Cover.

　　　Counsel and the Court discussed the evaluation of Defendant Cover transmitted to the court by Warden L. R. Thomas, Warden, U. S. Department of Justice, Federal Bureau of Prisons, Metropolitan Detention Center.

　　　The Court having heard the arguments of counsel, and good cause appearing, makes the following finding:

　　　THE COURT HEREBY FINDS by a preponderance of the evidence that the Defendant Lonnie Earl Cover is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

…

…

Accordingly,

IT IS HEREBY ORDERED that the Defendant, Lonnie Earl Cover, is COMMITTED to the custody of the Attorney General for treatment in a suitable facility for a time not to exceed four (4) months to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial of this case to go forward, and for additional time until his mental condition is so improved that the trial of this case can proceed, or the pending charges are disposed of according to law.

IT IS FURTHER ORDERED that, if a determination is made that the trial of this case can proceed, a determination shall also be made as to whether defendant suffered from a mental disease or defect rendering him mentally incompetent at the time of the commission of the charged offenses.

DATED this 30th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE