# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America, | Case No.: 2:12-cr-00277-APG-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| Lonnie Earl Cover, | |
| Defendant. | |

On October 15, 2013, the Court received the attached correspondence from Defendant Lonnie Earl Cover. *Ex parte* contact with the Court is not permitted. To the extent any party wishes some action to be taken based upon the contents of the letters, the appropriate motion should be filed.

DATED this 16th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

1

Oct, 9, 013,

To' Judge Andrew P. Gordon, How are Are you sir' Today? This is Mr. Lonnie Earl Cover on The 2:12-cr-277 Habeas Corpus Case That President Barack Obama order The Court To Do sir.

Again I'm ask why you people Have not Call Me in Court on Oct, 7, 2013, is It Behind The Goverment lockDown, Again you know The Goverment own Me! That why I'm Not in Court sir.

I Have not get Any legal Mail To Say My Date Have Be Scheduled To Another Date sir.

So Again will I Be in Court when The Goverment lockDown is over Judge Gordon sir?.

29, 17, 12, 10, Million Dollars look good To Me sir ☺ : one of Those number Judge Andrew P. Gordon.

Thank you very Much For Doing My writ of Habeas Corpus Again Judge James ok sir.

I'll see you when you Call Me in Court For Me Feedin Again My Income From The united states of America Federal Goverment! of The Easlein Prisonment Case Since Aug, 13, 1996, To Aug, 10, 2012, That The President Put A Stop To it sir.

    P.S. Mr. Lonnie Earl Cover
    would like To Here From you
    About what goin on ok sir
    Judge Andrew P. Gordon

Judge Andrew P. Gordon! Just To let you know I Don't like To Talk to Paul D. Riddle He was on The Goverment side when He know His people Have Violate My Right in The U.S.A. sir! Again He know They was wrong Sir. Since Aug, 13, 1996, To Aug, 10, 2012
Best is Yet To come For Mr. Cover
2013
Right's To come Back
To Me
Thank You Again
Sir

Lonnie Earl Cover #71103045  CA.114
Nevada Southern Detention Center
2190. Mesquite Avenue
Pahrump, Nevada 89060

Legal Mail
Confidental

To: Judge Andrew P. Gordon G.C
United States District Judge
Lloyd D. George U.S. Courthouse
33 Las Vegas Blvd South Suite 6085
Las Vegas, Nevada 89101

This correspondence originated from a detention facility. The facility is not responsible for the contents herein.